IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 12-04037-01-CR-C-BP |
| JAMES DOUGLAS CHEEK, JR., | ) | |
| Defendant. | ) | |

## **ORDER**

This action comes before the Court on a Report and Recommendation from United States Magistrate Judge Matt J. Whitworth. (Doc. 22.) Judge Whitworth recommends that this Court accept Defendant James Douglas Cheek, Jr.'s plea of guilty to Count I of the Indictment. No objections have been filed.

Accordingly, Defendant's guilty plea is accepted. Defendant is adjudged guilty of Count I of the Indictment. Sentencing will be set by a subsequent Court Order.

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: 10/30/2012